Whitney, Thompson & Jeffcoach LLP
Devon R. McTeer, #230539
  dmcteer@wtjlaw.com
970 W. Alluvial Ave.
Fresno, California 93711
Telephone:    (559) 753-2550
Facsimile:    (559) 753-2560

Attorneys for Defendant Central Sierra Holdings, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IP SOLUTIONS, INC., | No. 1:21-CV-01391-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO FILE DOCUMENT UNDER SEAL** |
| CENTRAL SIERRA HOLDINGS, INC., | |
| Defendant. | |

CENTRAL SIERRA HOLDINGS, INC., ("Defendant") has filed a Request to File the Letter of Intent executed between Defendant and Plaintiff IP SOLUTIONS, INC. ("Plaintiff" or "IPS") under seal and a Notice of Filing Sealed Document. In addition, the parties have executed a Stipulation to File the Letter of Intent Under Seal, which accompanied Defendants' present Request. As set forth in its Request, Defendant has lodged the June 22, 2021 Letter of Intent executed by Plaintiff and Defendant, which was attached as Exhibit "A" in Defendant's Request.

\\\

\\\

\\\

\\\

\\\

\\\

471.0 05608727.000

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO FILE DOCUMENT UNDER SEAL

1  This Court, having determined that there are compelling reasons to protect the confidentiality
2  of the Letter of Intent, hereby **GRANTS** the Request and directs the Clerk of the Court to file under
3  seal the Letter of Intent attached as Exhibit "A" to Defendant's Request to Seal Documents in
4  Support of its Motion to Dismiss pursuant to FRCP Rule 12(b)(6).

IT IS SO ORDERED.

Dated:   **November 17, 2021**

_____
UNITED STATES DISTRICT JUDGE