UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IP SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL SIERRA HOLDINGS, INC., <br><br> Defendant. | No. 1:21-cv-01391-JLT-SKO <br><br> ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE <br><br> (Doc. 31) |

On June 13, 2023, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 31.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 14, 2023**              /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE